IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ANTHONY PAUL PURDY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:15CV279 |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 20, 2016, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. (Filing No. 10.) On January 28, 2016, Plaintiff filed a nearly indecipherable document in this action. (Filing No. 11.) To the extent this document is intended to be an amended complaint, it is insufficient to prevent dismissal of this action. The document does not cure the previously identified deficiencies in Plaintiff's original Complaint.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 5th day of April, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge